```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 10854
   SEAN P SWAIN
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-4184

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/30/2008 and was confirmed 07/28/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/26/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------------
AMERICAS SERVICING COMPA  MORTGAGE NOTI  NOT FILED              .00            .00
CHASE AUTO FINANCE        SECURED VEHIC    5591.42           152.26         868.15
FREEDMAN ANSEIMO LINDBER  CURRENT MORTG        .00              .00            .00
DEVON FINANCIAL SERVICE   UNSEC W/INTER  NOT FILED              .00            .00
ILLINOIS COLLECTION SE    UNSEC W/INTER  NOT FILED              .00            .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE        .00              .00            .00
AMERICAS SERVICING COMPA  CURRENT MORTG        .00              .00            .00
AMERICAS SERVICING COMPA  MORTGAGE NOTI  NOT FILED              .00            .00
CHASE AUTO FINANCE        UNSEC W/INTER  NOT FILED              .00            .00
FIRST EQUITY CARD         UNSEC W/INTER     216.00             6.30         216.00
LEGAL HELPERS PC          DEBTOR ATTY      2,800.00                        2,800.00
TOM VAUGHN                TRUSTEE                                            343.37
DEBTOR REFUND             REFUND                                             815.42

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  5,201.50

PRIORITY                                          .00
SECURED                                        868.15
    INTEREST                                   152.26
UNSECURED                                      216.00
    INTEREST                                     6.30
ADMINISTRATIVE                               2,800.00
TRUSTEE COMPENSATION                           343.37
DEBTOR REFUND                                  815.42
                         --------------   --------------
TOTALS                   5,201.50             5,201.50


              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 10854 SEAN P SWAIN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/10/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 10854 SEAN P SWAIN